IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-40066-01-SAC |
| | ) | |
| **JEREMIAH L. JOHNSON**, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about January 12, 2009, in the District of Kansas, the defendant,

**JEREMIAH L. JOHNSON**,

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Indecent Solicitation of a Child, in Pottawatomie County, Kansas, Case No. 97CR236, on September 4, 1997, and Indecent Solicitation of a Child, in Pottawatomie County, Kansas, Case No. 98CR125, on July 9, 1998, did knowingly and intentionally receive and possess in and affecting commerce a firearm, to wit: a Ruger, Model Mark I, .22 caliber pistol, bearing Serial No. 16-40870, which had been shipped or transported in interstate or foreign commerce.

All of the foregoing in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

**A TRUE BILL**

July 8, 2009
DATE

s/ Foreperson
FOREPERSON OF THE GRAND JURY

s/ Duston J. Slinkard, #21294
for LANNY D. WELCH
UNITED STATES ATTORNEY
District of Kansas

[It is requested that trial be held in Topeka, Kansas.]