AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

District of Kansas

## APPEARANCE

United States of America,
Plaintiff,

vs.

CASE NUMBER: 09-40066-01-SAC

Jeremiah L. Johnson,
Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jeremiah L. Johnson, Defendant.

I certify that I am admitted to practice in this court.

July 28, 2009
Date

s/ Marilyn M. Trubey 13231
Signature

Assistant Federal Public Defender
424 South Kansas Avenue, Room 205
Address

Topeka, Kansas 66603-3439
City State Zip Code

785/232-9828 785/232-9886
Phone Number Fax Number

E-mail Address: marilyn_trubey@fd.org