# CLERK'S COURTROOM MINUTE SHEET
# SENTENCING

Case No. 09-40066-01-SAC

United States of America, Duston J. Slinkard,

vs.

Jeremiah L. Johnson. Marilyn M. Trubey, Court Appointed.

Judge: Crow Clerk: Wessel Court Reporter: Roxie Montgomery (Nora Lyon & Assoc.)

At: Topeka Date: December 16, 2009 **SENTENCING**

For Details of Sentence see Judgment in a Criminal Case.

| | |
|---|---|
| Restitution Ordered under 18:3663 | None |
| Defendant Fine | None |
| Defendant Assessed under 18:3013 | $100.00 on count 1 of the indictment |
| Total Assessment | $100.00 |

The court sustains the defendant's objections to those special conditions of supervised release at issue in the addendum of the presentence report. The court has considered the statements of counsel, plea agreement, presentence report, sentencing memorandums, advisory guidelines, and the factors in 18:3553 and imposes sentence on count 1 of the indictment. Mandatory, special and standard conditions imposed. Government and defendant advised of their respective rights to appeal. Defendant to self surrender to the institution designated by the Bureau of Prisons for service of sentence as notified by the U.S. Marshal's service.